IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AMANDA MORTIMER,

                Plaintiff(s),         Civil No. 07-40-JO

    v,                               ORDER OF DISMISSAL

CHRISTOPHER GREEN, individually;
and MULTNOMAH COUNTY, a local
governmental entity,

                Defendant(s).

The Court having been informed by counsel for the parties that this action has been settled,

IT IS HEREBY ORDERED this action is dismissed with prejudice and without costs and with leave, upon good cause shown, to have this order of dismissal set aside and the action reinstated if the settlement is not consummated. Any pending motions are denied as moot

DATED:     June 14, 2007

                                       /s/ Cindy A. Schultz
                                   CINDY A. SCHULTZ
                                   DEPUTY COURT CLERK